IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAS RIGHTS MANAGEMENT, LLC | ) |
| | ) |
| v. | ) |
| | ) No. 3-13-0170 |
| KHRISTIN A. CORBETT; MICHAEL OLMAS; EARL HOLMES; HERBERT REID; NICHOLAS DALEY; EDWIN COOPER; SAM HOWARD; EDWARD SANDERS; LAMONT SMITH; CURT ANDERSON; MICHAEL PATTERSON; MACARTHUR HERRON; DWIGHT HIPPLER; KEITH TROTTER AICA LAFELLE; CHRISTOPHER NAVARRO; DAVID NEAL; DWAYNE NELSON; ELTON RHABURN; DAVONTE THOMAS; IVAN VIRICHIA; TRE VNE; GUIEBI AJYALE; JUSTIN BLACKWELL; RICHIE CLAY; HERON COLLINS; JEROME JURISE JOHNSON; SAMMIE DENZEL MOORE; DAN MOSELY; JEFF NORTHFLEAT; WOODY STEVES; JEMALL DEON YOUNG; JUANITA SANCHEZ; MARK STANTON; PAUL TILLEY; and JOSEPH TERRY | ) |

O R D E R

On December 18, 2013, the Clerk entered default against the named defendants in this case pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (Docket Entry No. 121).

By January 6, 2014, the plaintiff shall file a notice of intent to proceed, indicating what further action is contemplated in this case and by what date. If the plaintiff has already filed a motion for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and/or a motion for permanent injunction and for an order to permit destruction of the seized items, as contemplated in the order entered September 9, 2013 (Docket Entry No. 64), the plaintiff does not need to file a notice of intent.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge