IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAS RIGHTS MANAGEMENT, LLC )<br>)<br>v. )<br>)<br>KHRISTIAN A. CORBETT; MICHAEL )<br>OLMAS; EARL HOLMES; HERBERT )<br>REID; NICHOLAS DALEY; EDWIN )<br>COOPER; SAM HOWARD; EDWARD )<br>SANDERS; LAMONT SMITH; CURT )<br>ANDERSON; MICHAEL PATTERSON; )<br>MACARTHUR HERRON; DWIGHT )<br>HIPPLER; KEITH TROTTER AICA )<br>LAFELLE; CHRISTOPHER )<br>NAVARRO; DAVID NEAL; DWAYNE )<br>NELSON; ELTON RHABURN; )<br>DAVONTE THOMAS; IVAN )<br>VIRICHIA; TRE VNE; GUIEBI )<br>AJYALE; JUSTIN BLACKWELL; )<br>RICHIE CLAY; HERON COLLINS; )<br>JEROME JURISE JOHNSON; SAMMIE )<br>DENZEL MOORE; DAN MOSELY; )<br>JEFF NORTHFLEAT; WOODY )<br>STEVES; JEMALL DEON YOUNG; )<br>JUANITA SANCHEZ; MARK )<br>STANTON; PAUL TILLEY; and )<br>JOSEPH TERRY ) | No. 3-13-0170 |

O R D E R

On January 2, 2014 (Docket Entry No. 128), the plaintiff filed a motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, permanent injunction and destruction of counterfeit goods (Docket Entry No. 128).

Default was entered by the Clerk in accord with Rule 55(a) on December 18, 2013 (Docket Entry No. 121), and notice was sent to the defendants of the plaintiff's intent to file the motion (Docket Entry No. 123).

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the plaintiff's motion for default judgment, permanent injunction and destruction

of counterfeit goods (Docket Entry No. 128), and proposed order of default, permanent injunction and destruction of counterfeit goods (Docket Entry No. 128-1).

Inasmuch as no defendant has entered an appearance, made any filings, or communicated in any form or fashion with the Court, it appears that no defendant intends to defend this action.[1]

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The plaintiff is directed to serve a copy of this order at the last known address, if any, of each defendant.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Nor did any defendant appear for the case management conferences held on April 15, 2013, and September 4, 2013, although some defendants were served after September 4, 2013.